```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

BULLION MONARCH MINING, INC., a Utah )  3:09-CV-00612-ECR-VPC
corporation,                         )  (Sub-file of 3:08-cv-00227-
                                     )  ECR-VPC)
                                     )
     Plaintiff,                      )  MINUTES OF THE COURT
                                     )
vs.                                  )
                                     )  DATE: October 25, 2010
BARRICK GOLDSTRIKE MINES, INC., and  )
DOES I-X, inclusive,                 )
                                     )
     Defendant(s).                   )
_____)

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that the following motions are **GRANTED**:

- Motion to Seal (#57);
- Motion for Leave to File Under Seal (#61);
- Motion to Seal (#62);
- Motion for Leave to File Excess Pages (#65);
- Motion to Seal (#75);
- Motion for Leave to File Under Seal (#78);
- Motion for Leave to File Under Seal (#79); and
- Motion for Leave to File Under Seal (#80).

                                          LANCE S. WILSON, CLERK
                                          By        /s/
                                                Deputy Clerk