AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BULLION MONARCH MINING, INC.,

       Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:09-cv-00612-ECR-VPC**

BARRICK GOLDSTRIKE MINES, INC.,
et al,

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Barrick's Motion for Summary Judgment on All Claims Pursuant to the Rule Against Perpetuities [43] is GRANTED. **FURTHER ORDERED** that Barrick's Motion for Summary Judgment Regarding Lack of Obligation to Plaintiff [50] is **DENIED** as moot. **FURTHER ORDERED** that Bullion's Motion for Partial Summary Judgment [53] is **DENIED.**

| February 7, 2011 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |

                                                              /s/   M. Campbell
                                                                 Deputy Clerk