Daniel F. Polsenberg, (SBN 2376)
Joel D. Henriod (SBN 8492)
Abraham G. Smith (SBN 13250)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200
(702) 949-8398 (Fax)
DPolsenberg@LRRC.com
JHenriod@LRRC.com
ASmith@LRRC.com

Thomas Belaustegui (SBN 732)
Clayton P. Brust (SBN 5234)
ROBINSON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada  89503
Telephone:  (775) 329-3151
Facsimile:  (775) 329-7941
CBrust@RBSLAttys.com

*Attorneys for Bullion Monarch Mining, Inc.*

Michael R. Kealy (Nevada Bar No. 0971)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV  89501
Telephone:     (775) 323-1601
Facsimile:     (775) 348-7250

Francis M. Wikstrom (Utah Bar No. 3462; admitted *pro hac vice*)
Michael P. Petrogeorge (Utah Bar No. 8870; admitted *pro hac vice*)
Brandon J. Mark (Utah Bar No. 10439; admitted *pro hac vice*)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone:     (801) 536-6700
Facsimile:     (801) 536-6111
ecf@parsonsbehle.com
litigationdocketing@parsonsbehle.com

*Attorneys for Barrick Goldstrike Mines Inc.*

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BULLION MONARCH MINING INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BARRICK GOLDSTRIKE MINES INC.,<br><br>Defendant. | Case No. 03:09-cv-612-ECR-VPC<br>(Sub File of 3:08-cv-227-ECR-VPC)<br><br>**JOINT AND STIPULATED MOTION TO VACATE PROPOSED PRETRIAL ORDER DEADLINE** |

Bullion Monarch Mining, Inc. ("Bullion") and Barrick Goldstrike Mines Inc. ("Goldstrike"), by and through undersigned counsel, jointly move this Court for an order vacating the November 30, 2016, deadline for the submission of a proposed pretrial order. Although Bullion and Goldstrike seek the requested order for different reasons, they hereby stipulate and agree that the deadline for the proposed pretrial order should be vacated, and that the deadline for the proposed pretrial order should be reset after the currently pending motions have been decided, and based on this Court's rulings on such pending motions.

This joint motion is based on the following stipulated facts:

1. On October 4, 2016, this Court entered a minute order setting November 30, 2016, as the deadline for the submission of a proposed pretrial order (the "Pretrial Order Deadline");

2. On November 8, 2016, Goldstrike filed a Motion for Leave to File Motion for Summary Judgment Based on Finding of Ambiguity [Dkt. 229] (the "Motion for Leave"). Briefing on Goldstrike's Motion for Leave will not be completed until at least Monday, December 5, 2016;

3. Goldstrike's Motion for Leave included a request to stay the Pretrial Order Deadline. *See* Motion for Leave [Dkt. 229] at 3;

4832-8851-4877 v1

4. On November 17, 2016, Bullion filed a Motion to Compel Discovery [Dkt. 230] (the "Motion to Compel"). Bullion's Motion to Compel will not be fully briefed until at least December 19, 2016.

5. Bullion's Motion to Compel included a request to extend the Pretrial Order Deadline. *See* Motion to Compel [Dkt. 230] at 9;

6. Although both parties seek a stay or extension of the Pretrial Order Deadline is for different reasons, the parties nonetheless stipulate and agree that the Pretrial Order Deadline should be vacated, and that the Pretrial Order Deadline should be reset only after the currently pending motions have been decided, in a manner consistent with this Court's ruling on such motions.

| | |
|---|---|
| Dated: November 29, 2016 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |

By: /s/ Joel D. Henriod
(Signed with permission by filing counse; email granting permission on file)

Daniel F. Polsenberg
Joel D. Henriod
Abraham G. Smith
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169

Thomas L. Belaustegui
Clayton P. Brust
ROBINSON BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada  89503

*Attorneys for Bullion Monarch Mining, Inc..*

PARSONS BEHLE & LATIMER

By: /s/ Michael P. Petrogeorge
Michael R. Kealy
50 West Liberty Street, Suite 750
Reno, Nevada  89501

Francis M. Wikstrom
Michael P. Petrogeorge
Brandon J. Mark
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111

*Attorneys for Barrick Goldstrike Mines Inc.*

**ORDER**

Based on the foregoing, and for good cause shown, it is hereby ordered as follows:

1. The November 30, 2016, deadline for the submission of a proposed pretrial order shall be and hereby is VACATED. The deadline for the submission of a proposed pretrial order shall be reset after the currently pending motions have been decided by this Court.

IT IS SO ORDERED, this 30th day of November, 2016:

_____

4832-8851-4877 v1