PARSONS BEHLE & LATIMER

Michael R. Kealy (Nevada Bar No. 0971)
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250

Francis M. Wikstrom (Utah Bar No. 3462; admitted *pro hac vice*)
Michael P. Petrogeorge (Utah Bar No. 8870; admitted *pro hac vice*)
Brandon J. Mark (Utah Bar No. 10439; admitted *pro hac vice*)
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 536-6700
Facsimile: (801) 536-6111
Email: ecf@parsonsbehle.com

*Attorneys for Barrick Goldstrike Mines Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BULLION MONARCH MINING INC., <br><br> Plaintiff, <br><br> vs. <br><br> BARRICK GOLDSTRIKE MINES INC., <br><br> Defendant. | Case No. 03:09-cv-612- MMD-WGC <br> (Sub File of 3:08-cv-227- MMD-WGC) <br><br> **RENEWED STIPULATED MOTION TO EXTEND DEADLINE ON BARRICK GOLDSTRIKE MINES INC.'S REPLY IN SUPPORT OF RENEWED MOTION TO DISMISS FOR LACK OF JURISDICTION (FIRST REQUEST)** |

Barrick Goldstrike Mines Inc. ("Goldstrike"), by and through undersigned counsel, moves this Court for an order extending the deadline on its reply in support of its Renewed Motion to Dismiss for Lack of Jurisdiction [Doc. 281] (the "Renewed Motion"). The Renewed Motion was filed by Goldstrike on April 20, 2018. Bullion

Monarch Mining, Inc. ("Bullion") filed its opposition under seal on May 11, 2018. Goldstrike seeks to extend the deadline by four days, from Monday, May 21, 2018, to Friday, May 25, 2018. Although the overall briefing schedule for the Renewed Motion was revised once before in order to accommodate the delivery of deposition transcripts (*see* Order Granting ECF No. 279 Joint and Stipulated Motion to Revise Briefing Schedule for Goldstrike's Motion to Dismiss [Doc. 280]), this is the first request to extend the deadline on Goldstrike's reply.[1]

The four-day extension on Goldstrike's reply is requested for two reasons. First, Bullion Monarch Mining, Inc.'s ("Bullion") opposition to the Renewed Motion was timely filed on Friday, May 11, 2018, but Goldstrike did not obtain an unsealed/unredacted copy of Bullion's opposition until Monday, May 14, 2018. Second, while counsel for Goldstrike has worked diligently throughout the week to draft the reply, the draft is being internally reviewed and edited and counsel wants to ensure that the client has adequate time to review, comment on and approve the reply prior to filing.

Counsel for Bullion stipulates to and does not oppose this motion.

Dated: May 18, 2018

                PARSONS BEHLE & LATIMER

                By: /s/ Michael P. Petrogeorge
                Francis Wikstrom, Esq.
                Michael Kealy, Esq.
                Michael P. Petrogeorge, Esq.
                Brandon J. Mark, Esq.
                *Attorneys for Defendant*
                *Barrick Goldstrike Mines Inc.*

---

[1] Goldstrike filed its first motion to extend the deadline on the reply on May 17, 2018 [Doc. 293]. The Court denied that motion on May 18, 2018, because it did not fully comply with LR IA 6-2 [Doc. 294]. Goldstrike therefore refiles the motion to comply with LR IA 6-2.

4819-5551-0630V1

Stipulated and agreed to this 18th day of May, 2018

LEWIS & ROCA LLC

By: /s/ Joel D. Henriod (with permission via email)
Daniel F. Polsenberg
Joel D. Henriod
Abraham G. Smith

Thomas L. Belaustegui
Kent R. Robinson
Clayton P. Brust
ROBINSON, SHARP, SULLIVAN & BRUST

*Attorneys for Bullion Monarch Mining, Inc.*

IT IS SO ORDERED:

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE
DATED: May 18, 2018

PARSONS BEHLE & LATIMER

4819-5551-0630V1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May, 2018, I filed the foregoing **RENEWED STIPULATED MOTION TO EXTEND DEADLINE ON BARRICK GOLDSTRIKE MINES INC.'S REPLY IN SUPPORT OF RENEWED MOTION TO DISMISS FOR LACK OF JURISDICTION** with the Court using the CM/ECF system, which caused electronic service to be made on the following:

> Clayton P. Brust
> Robinson, Sharp, Sullivan & Brust
> 71 Washington Street
> Reno, Nevada 89503
> cbrust@rbsllaw.com
>
> Daniel F. Polsenberg
> Joel D. Henriod
> Abraham G. Smith
> Lewis Roca Rothgerber, LLP.
> 3993 Howard Hughes Pkwy, Ste. 600
> Las Vegas, NV 89169
> jhenriod@lrrlaw.com

                                        /s/ Michael P. Petrogeorge

4819-5551-0630V1